**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN GREKO,                                              No.  C010-3492 EDL

        Plaintiff,

        v.                                              **ORDER ON STIPULATED REQUEST TO
CONTINUE ALL SCHEDULED DATES**

DIESEL U.S.A., INC.,

        Defendant.

_____/

        The parties have filed a Joint Stipulated Request for an order continuing all scheduled dates in this matter by at least ninety days in light of an upcoming June 8, 2011 mediation.  Good cause appearing, the case deadlines previously set in the Court's December 20, 2010 Case Management Order are modified as follows:

•     The Non-Expert Discovery Cutoff is continued from April 30, 2011 to July 29, 2011;

•     The deadline for Initial Expert Disclosures is continued from May 2, 2011 to August 2, 2011;

•     The deadline for Rebuttal Expert Disclosures is continued from May 30, 2011 to August 30, 2011;

•     The Expert Discovery Cutoff is continued from June 30, 2011 to September 30, 2011;

•     The Dispositive Motion Hearing Deadline is continued from June 21, 2011to September 20, 2011;

•     The Pre-Trial conference is continued from August 30, 2011 to December 12, 2011; and

•     The trial is continued from September 19, 2011 to January 30, 2012.

1

1    Subject to the modification of the dates specified above, all other provisions of the Court's

2 December 20, 2010 Case Management Order remain in full force and effect.

3    Additionally, the parties have agreed to grant each other a two-week extension to respond to

4 their respective discovery requests; consequently, Plaintiff will have a two-week extension to

5 respond to Defendant's First Set of Interrogatories, First Set of Requests for Admission, and First

6 Set of Requests for Production of Documents propounded on March 28, 2011, and Defendant will

7 have a two-week extension to respond to Plaintiff's Request for Interrogatories, Set One, and First

8 Set of Requests for Production of Documents and Things propounded on March 15, 2011.

9    The parties shall notify the Court immediately if they resolve the case during the June 8,

10 2011 mediation.

11

12 **IT IS SO ORDERED.**

13

14

Dated: April 25, 2011

15
_Elizabeth D. Laporte_
_____
16
ELIZABETH D. LAPORTE
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2