UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GREKO, | No. C010-3492 EDL |
| Plaintiff, | |
| v. | **ORDER ON STIPULATED REQUEST TO CONTINUE ALL SCHEDULED DATES** |
| DIESEL U.S.A., INC., | |
| Defendant. | |

The parties have filed a third Joint Stipulated Request for an order continuing all scheduled dates in this matter in light of a parallel class action pending before another Court of this district, as well as ongoing mediation efforts. The parties request that this Court vacate all pending deadlines until rulings on class certification and summary judgment are issued in the class action case and the parties can engage in meaningful mediation. There is good cause for continuing the case deadlines previously set in the Court's Case Management Order, but the Court will not continue the deadlines indefinitely or for 180 days as requested. The deadlines are continued by approximately 90 days as follows:

- The Non-Expert Discovery Cutoff is continued from September 30, 2011 to December 30, 2011;
- The deadline for Initial Expert Disclosures is continued from September 30, 2011 to December 30, 2011;
- The deadline for Rebuttal Expert Disclosures is continued from October 28, 2011 to January 27, 2012;
- The Expert Discovery Cutoff is continued from November 18, 2011 to February 17, 2012;

1

- The Dispositive Motion Hearing Deadline is continued from October 14, 2011 to January 17, 2012;
- The Pre-Trial conference is continued from December 12, 2011 to March 19, 2012; and
- The Trial is continued from January 30, 2012 to April 23, 2012.

Subject to the modification of the dates specified above, all other provisions of the Court's December 20, 2010 Case Management Order remain in full force and effect. The parties shall notify the Court immediately if they resolve the case through mediation or otherwise.

**IT IS SO ORDERED.**

Dated: August 30, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

2