DANIEL L. FEDER (SBN: 130867)
CLAIRE E. COCHRAN (SBN: 222529)
LAW OFFICES OF DANIEL FEDER
332 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile: (415) 391-9432

Attorneys for Plaintiff
RYAN GREKO

HARRY I. JOHNSON, III (SBN: 200257)
STANLEY G. STRINGFELLOW II (SBN: 259047)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

MICHAEL T. LUCEY (SBN: 099927)
BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES, LLP
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
DIESEL, U.S.A., INC.

**GORDON & REES, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN GREKO, an individual, | CASE NO. C 10-3492 EDL |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING ALL SCHEDULED DATES AND [PROPOSED] ORDER AS MODIFIED** |
| vs. | **[Civil L.R. 6-2]** |
| DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive, | **Class Action** |
| Defendant. | Judge: The Hon. Elizabeth D. Laporte<br>Courtroom: E, 15th Floor<br>Action Filed: August 9, 2010 |

**STIPULATION**

Subject to the approval of the Court, Plaintiff Ryan Greko ("Plaintiff") and Defendant Diesel U.S.A., Inc. ("Defendant") (Plaintiff and Defendant are referred to hereafter as the "Parties"), through their respective counsel of record, hereby AGREE and STIPULATE to a 120-day continuance of the trial date and pre-trial dates and deadlines in accordance with Civil Local Rules 6-1 and 6-2. Good cause exists for this stipulated continuance in that: (1) the Parties have agreed to convene a mediation before Jerry Spolter of JAMS on **December 27, 2011**; (2) the current schedule, which includes a dispositive motions filing deadline of December 13, 2011 and a non-expert discovery cut-off and expert disclosure deadline of December 30, 2011, would require the Parties to complete and bear the expense of major litigation tasks, which (a) could interfere with their ability to settle the case and (b) can be avoided altogether if the case does settle at mediation; and (3) on December 2, 2011 (the date of this Stipulation), new defense counsel, Gordon & Rees LLP, appeared in this case (*see*: Document 28).

In support of this Stipulation, the Parties state the following:

WHEREAS, on August 30, 2011, pursuant to the Parties' previous Stipulation, the Court issued an Order on Stipulated Request to Continue All Scheduled Dates (Document 27);

WHEREAS, the Parties are also engaged in a parallel class action lawsuit that was filed prior to this lawsuit and is currently pending before the Honorable Richard Seeborg, *Ryan Greko v. Diesel U.S.A., Inc.*, Case No. 3:10-CV-02576 (the "Class Action");

WHEREAS, the Parties previously had scheduled a mediation of Plaintiff's claims on June 8, 2011, before The Honorable Edward A. Infante (Ret.), which mediation was taken off calendar due to Judge Infante's surgery and the pendency in the Class Action of Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification, which bore on the scope of issues in the then-contemplated mediation of both cases;

WHEREAS, on October 26, 2011, the Court in the parallel Class Action denied Defendant's Motion for Summary Judgment and granted Plaintiff's Motion for Class Certification;

**GORDON & REES, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

1  WHEREAS, on November 9, 2011, Defendant filed with the Ninth Circuit Court of Appeals, a Petition for Permission to Appeal [the Court's Class Certification Order in the Class Action] Pursuant to Fed. R. Civ. Proc. 23(f) (the "Petition");

4  WHEREAS, on November 14, 2011, Plaintiff filed with the Ninth Circuit a Motion to Extend Time to Respond to Defendant's Petition;

6  WHEREAS, on November 16, 2011, the Ninth Circuit granted Plaintiff's Motion for Extension, extending to December 21, 2011 the deadline for responding to Defendant's Rule 23(f) Petition;

9  WHEREAS, on November 28, 2011, Defendant filed a Motion to Stay Proceedings in the Class Action pending the Ninth Circuit's ruling on Defendant's requested appeal of the class certification order;

12  WHEREAS, on December 2, 2011, new defense counsel, Gordon & Rees LLP, appeared in this case and also has recently appeared in the Class Action;

14  WHEREAS, in light of the foregoing, the Parties have agreed to mediate this case separately and have scheduled a mediation on **December 27, 2011**, before Jerry Spolter of JAMS;

17  WHEREAS, the deadlines in the Court's current Case Management Order stand to interfere with this mediation and compromise the Parties' ability to settle the case at mediation, and the Parties believe that the continuance stipulated to herein would maximize the prospects of settling this case;

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**GORDON & REES, LLP**
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

1  Now, THEREFORE, the Parties hereby submit this Stipulated Request for an Order
2  Continuing All Scheduled Dates, and request that the Court order all currently scheduled dates,
3  including, but not limited to, the discovery deadline, summary judgment hearing, expert
4  discovery deadline, pretrial conference, and trial, be continued for at least one hundred twenty
5  (120) days.

Respectfully submitted,

Dated: December 2, 2011                    GORDON & REES, LLP

By:  /s/ Brian P. Maschler
     Brian P. Maschler
     Attorneys for Defendant
     DIESEL U.S.A., INC.

Dated: December 2, 2011                    LAW OFFICES OF DANIEL L. FEDER

By:  /s/ Claire Elizabeth Cochran
     Claire Elizabeth Cochran
     Attorneys for Plaintiff
     RYAN GREKO

## ORDER

Pursuant to the parties' stipulated request for a 120-day continuance of the trial date and pretrial dates and deadlines, and for good cause shown, IT IS HEREBY ORDERED that the case management deadlines and pretrial and trial dates previously set by the Court be continued as set forth below:

- The Non-Expert Discovery Cutoff is continued from December 30, 2011 to April 30, 2012;
- The deadline for Initial Expert Disclosures is continued from December 30, 2011 to April 30, 2012;
- The deadline for Rebuttal Expert Disclosures is continued from January 27, 2012 to May 29, 2012;

1 • The Expert Discovery Cutoff is continued from February 17, 2012 to June 19, 2012;

2 • The Dispositive Motion Hearing Deadline is continued from January 17, 2012 to May 22, 2012;

4 • The Pre-Trial conference is continued from March 19, 2012 to August 8, 2012 at 2:00 p.m.; and

6 • The Trial is continued from April 23, 2012 to September 10, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 6, 2011



Hon. Elizabeth D. Laporte
Judge Elizabeth D. Laporte

IT IS SO ORDERED AS MODIFIED

GORDON & REES, LLP
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, TWENTIETH FLOOR
SAN FRANCISCO, CA 94111
(415) 986-5900

MNTR/1071290/11254180v.1

4